IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 1:07-cr-065 |
| | ) | |
| v. | ) | ORDER TO TRANSFER |
| | ) | JURISDICTION AND QUASH |
| KEVIN ANTOINE BROWN, | ) | ARREST WARRANT |
| | ) | |
| Defendant. | ) | |

The Court having been advised that the United States District Court for the District of Nebraska will accept jurisdiction of this case pursuant to 18 U.S.C. § 3605 (see District of Nebraska Case No. 8:05CR270), IT IS ORDERED that the above case is TRANSFERRED to the District of Nebraska for all future proceedings, including for proceedings relating to defendant's Supervised Release. The Clerk of Court is directed to transfer this case to the Clerk for the District of Nebraska.

The government's Motion to Transfer Jurisdiction and Quash Arrest Warrant is therefore GRANTED, and IT IS FURTHER ORDERED that the arrest warrant issued by this District shall be cancelled.

Dated this ___1st___ day of May, 2009.

_____
ROBERT W. PRATT, Chief Judge
U.S. DISTRICT COURT

1